

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-6-2011

# Karen Malleus v. John George

Precedential or Non-Precedential: Precedential

Docket No. 10-3539

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Karen Malleus v. John George" (2011). *2011 Decisions.* Paper 972.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/972

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3539
_____

DR. KAREN MALLEUS,

Appellant

v.

DR. JOHN J. GEORGE, in his individual capacity;
DR. JILL M. HACKMAN, in her individual capacity;
DR. JEFFREY A. CONRAD, in his individual capacity;
INTELLIGENCER JOURNAL/LANCASTER, New Era Editor DOE;
SUNDAY NEWS EDITOR DOE;
LANCASTER NEWSPAPERS, INC.; CINDY STAUFFER
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 5-10-cv-01357)
District Judge:  Honorable Juan R. Sánchez
_____

Argued April 15, 2011
Before:  FISHER, JORDAN and COWEN, *Circuit Judges*.
_____

**ORDER AMENDING OPINION**

IT IS HEREBY ORDERED that the opinion in the above case, filed May 26, 2011, be amended as follows:

Page 3, first paragraph, which read:

> Appellant Dr. Karen Malleus appeals the final order of the United States District Court for the Eastern District of Pennsylvania granting John J. George, Jill M. Hackman, and Jeffrey A. Conrad's motion to dismiss Malleus's 42 U.S.C. § 1983 claim that they violated her Fourteenth Amendment privacy rights.  For the reasons discussed below, we will affirm.

shall read:

        Appellant Dr. Karen Malleus appeals the final order of the United States District Court for the Eastern District of Pennsylvania granting Dr. John J. George, Dr. Jill M. Hackman, and Dr. Jeffrey A. Conrad's motion to dismiss Malleus's 42 U.S.C. § 1983 claim that they violated her Fourteenth Amendment privacy rights. For the reasons discussed below, we will affirm.

Page 3, Section I, first paragraph, which read:

        Malleus was a school board member for the Warwick School District. George and Hackman were also members of the school board. Conrad was the head of the Warwick Republican Party, and later a candidate for the school board.

shall read:

        Malleus was a school board member for the Warwick School District. George was the superintendent of the Warwick School District. Hackman was the director of pupil services and later the acting assistant superintendent of the Warwick School District. Conrad was the head of the Warwick Republican Party, and later a candidate for the school board.

        By the Court,


        */s/ D. Michael Fisher*
        Circuit Judge

Dated:      June 6, 2011